JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

E-FILED

CHAMBERS COPY

Filed
AUG 2 5 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMIR HOSSEIN RASHIDIFAR, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 09-70474 RS <br><br> STIPULATION AND [~~PROPOSED~~] *RS* <br> ORDER EXCLUDING TIME FROM <br> AUGUST 13, 2009 THROUGH <br> SEPTEMBER 17, 2009, FROM THE <br> SPEEDY TRIAL ACT CALCULATION <br> (18 U.S.C. § 3161(h)(8)(A),(B)), AND <br> WAIVER OF PRELIMINARY HEARING <br> UNDER RULE 5.1 |

On May 27, 2009, in the Northern District of California, San Jose Division, a criminal complaint charging defendant Amir Hossein Rashidifar with one count of violating 18 U.S.C. § 1542 (false statement in a passport application) and arrest warrant was authorized. Defendant was subsequently located in Canada, and deported to the United States. He made his Rule 5 initial appearance in the Western District of New York (Buffalo) on August 13, 2009. After being advised of the provisions under Rule 20, the pending charge and its potential penalties, defendant waived his rights to a Rule 20 hearing, an identity hearing and a preliminary

CR 09-70474 RS
STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME AND
WAIVER OF PRELIMINARY HEARING
UNDER RULE 5.1

1

examination in the Western District of New York. Defendant also did not oppose the government's request for detention, and agreed to his transfer to this district. He was duly remanded to the custody of the United States Marshals, and is en route to this district.

Defendant, through counsel, and the government hereby request an exclusion of time to extend the 30-day period to indict defendant after his arrest, specified under 18 U.S.C. § 3161(b), to afford counsel for defendant an opportunity for further consultation with defendant, and for effective preparation. Specifically, the parties stipulate to, and respectfully ask the Court to order, an exclusion of time from August 13, 2009 through September 17, 2009.

As provided by Rule 5.1(a)(1), defendant, though counsel, further waives a preliminary hearing in the Northern District of California under Rule 5.1(b)(defendant arrested in a district other than where the offense was allegedly committed may elect to have the preliminary hearing in the district of prosecution) and 18 U.S.C. § 3060.

The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably

//
//
//
//
//
//
//
//
//
//

CR 09-70474 RS
STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME AND
WAIVER OF PRELIMINARY HEARING
UNDER RULE 5.1

1  deny counsel for defendant the reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).
3       The United States further requests the order find that, as agreed to by defendant through
4  his counsel, under Rule 5.1(a)(1), defendant has waived his right to a preliminary hearing in this
5  district under Rule 5.1 and 18 U.S.C. § 3060.

6

7  DATED: August 24, 2009      JOSEPH P. RUSSONIELLO
8       United States Attorney

9
10      EUMI L. CHOI
     Assistant United States Attorney
11      Leland B. Altschuler
     Digitally signed by Leland B. Altschuler
     Date: 2009.08.21 16:17:06 -07'00'
12      LEE ALTSCHULER
     Attorney for Defendant
13
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27
28  CR 09-70474 RS
STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME AND
WAIVER OF PRELIMINARY HEARING
UNDER RULE 5.1

3

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time from August 13, 2009, through September 17, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Further, based upon the request of defendant, through his counsel, and the stipulation of the parties, the Court finds that under Rule 5.1(a)(1) defendant has waived his right to a preliminary hearing in this district under Rule 5.1 and 18 U.S.C. § 3060.

IT IS SO ORDERED.

DATED: 8/25/09

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

CR 09-70474 RS
STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME AND
WAIVER OF PRELIMINARY HEARING
UNDER RULE 5.1