JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile:  (408) 535-5066
Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

**FILED**

SEP 1 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMIR HOSSEIN RASHIDIFAR,<br><br>Defendant. | No. CR 09-70474 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SEPTEMBER 17, 2009 THROUGH OCTOBER 9, 2009, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A),(B)), AND MOTION TO VACATE SEPTEMBER 17, 2009 COURT DATE |

On May 27, 2009, in the Northern District of California, San Jose Division, a criminal complaint charging defendant Amir Hossein Rashidifar with one count of violating 18 U.S.C. § 1542 (false statement in a passport application) and arrest warrant was authorized. Defendant was subsequently located in Canada, and deported to the United States. He made his Rule 5 initial appearance in the Western District of New York (Buffalo) on August 13, 2009. After being advised of the provisions under Rule 20, the pending charge and its potential penalties, defendant waived his rights to a Rule 20 hearing, an identity hearing and a preliminary examination in the Western District of New York. Defendant also did not oppose the

//

government's request for detention, and agreed to his transfer to this district. He was duly remanded to the custody of the United States Marshals, and transported to this district.

On August 27, 2009, defendant appeared before Magistrate-Judge Seeborg. At the request of the parties, the Court had ordered an exclusion of time from August 13, 2009, through September 17, 2009, extending the 30-day period to indict defendant after his arrest, specified under 18 U.S.C. § 3161(b), to afford counsel for defendant an opportunity for further consultation with defendant, and for effective preparation.[1] The Court also set the matter for September 17, 2009, on this Court's calendar in anticipation of an indictment as indicated by the government.

At this time, the parties are requesting an exclusion of time from September 17, 2009, through October 9, 2009, to continue to afford counsel for defendant an opportunity for further consultation with defendant, and for effective preparation. The parties accordingly also request that the September 17, 2009, court date be vacated.[2]

The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into

//
//
//
//

---

[1] As provided by Rule 5.1(a)(1), defendant, though counsel, further waived a preliminary hearing in the Northern District of California under Rule 5.1(b)(defendant arrested in a district other than where the offense was allegedly committed may elect to have the preliminary hearing in the district of prosecution) and 18 U.S.C. § 3060.

[2] The parties do not request another court date, since another court date will be set upon the filing of a charging instrument in this matter.

1  account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also request
2  that the September 17, 2009, court date be vacated.

4  DATED: September 14, 2009          JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                              /S/
                                      ───────────────────────────
                                      EUMI L. CHOI
                                      Assistant United States Attorney

                                      Leland B. Altschuler  *Digitally signed by Leland B. Altschuler*
                                      ───────────────────────────
                                      LEE ALTSCHULER
                                      Attorney for Defendant

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time from September 17, 2009, through October 9, 2009, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Further, based upon the request of the parties, the September 17, 2009, court date is hereby vacated.

IT IS SO ORDERED.

DATED: 9/15/09

                                      ───────────────────────────
                                      HOWARD LLOYD
                                      United States Magistrate Judge

CR 09-70474 RS
STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME                         3