JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5061
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

FILED
OCT 23 2009
CLERK U.
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMIR HOSSEIN RASHIDIFAR, ) <br> ) <br>    Defendant. ) <br> ) | No. CR 09-00987 JW <br><br> STIPULATION AND [P<s>ROPOSED</s>] ORDER EXCLUDING TIME FROM OCTOBER 16, 2009, THROUGH OCTOBER 27, 2009, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A),(B)) |

      On May 27, 2009, in the Northern District of California, San Jose Division, a criminal complaint charging defendant Amir Hossein Rashidifar with one count of violating 18 U.S.C. § 1542 (false statement in a passport application) and arrest warrant was authorized. Defendant was subsequently located in Canada, and deported to the United States. He made his Rule 5 initial appearance in the Western District of New York (Buffalo) on August 13, 2009. After being advised of the provisions under Rule 20, the pending charge and its potential penalties, defendant waived his rights to a Rule 20 hearing, an identity hearing and a preliminary examination in the Western District of New York. Defendant also did not oppose the

1  government's request for detention, and agreed to his transfer to this district. He was duly
2  remanded to the custody of the United States Marshals, and transported to this district.
3        On August 27, 2009, defendant made an appearance in this district. At the request of the
4  parties, the court had ordered an exclusion of time from August 13, 2009, through September 17,
5  2009, extending the 30-day period to indict defendant after his arrest, specified under 18 U.S.C. §
6  3161(b), to afford counsel for defendant an opportunity for further consultation with defendant,
7  and for effective preparation.[1] The court also set the matter on calendar for September 17, 2009,
8  in anticipation of an indictment. The scheduled court appearance was subsequently vacated at
9  the request of the parties, and another exclusion of time from September 17, 2009 through
10 October 9, 2009 granted. Similarly, the court granted an exclusion of time from October 9, 2009
11 through October 16, 2009.
12       At this time, the parties are requesting an exclusion of time from October 16, 2009
13 through October 27, 2009, to continue to afford counsel for defendant an opportunity for further
14 consultation with defendant, for effective preparation, and to finalize discussions relating to the
15 possibility of a pre-indictment resolution.[2]
16       The United States hereby submits this written request for an order finding that said time
17 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served
18 by taking such action and outweigh the best interests of the public and defendant in a speedy
19 trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant such a continuance would unreasonably
20 //
21 //
22 //
23 //
24
25 [1] As provided by Rule 5.1(a)(1), defendant, though counsel, further waived a preliminary hearing in the Northern District of California under Rule 5.1(b)(defendant arrested in
26 a district other than where the offense was allegedly committed may elect to have the preliminary hearing in the district of prosecution) and 18 U.S.C. § 3060.
27
28 [2] A criminal information, CR 09-00987, was filed on October13, 2009, and the matter assigned to Judge Ware.

CR 09-00987 JW
STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME                              2

1  deny counsel for defendant the reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
3
4  DATED: October 15, 2009          JOSEPH P. RUSSONIELLO
                                    United States Attorney
5
6                                         /s/
                                    _____
                                    EUMI L. CHOI
7                                   Assistant United States Attorney

8                                   **Leland B. Altschuler** Digitally signed by Leland B. Altschuler
                                    Date: 2009.10.15 12:17:29 -07'00'
9                                   _____
                                    LELAND B. ALTSCHULER
                                    Attorney for Defendant
10
11

12                              **ORDER**

13       Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
14  ORDERS that the time from October 17, 2009, through October 27, 2009, is excluded under
15  the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by
16  taking such action and outweigh the best interests of the public and defendant in a speedy trial.
17  18 U.S.C. § 3161(h)(7)(A). The failure to grant such a continuance would unreasonably deny
18  counsel for defendant the reasonable time necessary for effective preparation, taking into account
19  the exercise of due diligence. The Court therefore concludes that this exclusion of time should
20  be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
21  IT IS SO ORDERED.
22
23  DATED: 10/23/09                 _____
                                    JAMES WARE
24                                  United States District Judge
25                                          Magistrate
26
27
28

CR 09-00987 JW
STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME                        3